PER CURIAM.

(No. 75-CC-447—)

BISMARK HOTEL, Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed April 9, 1975.*

BISMARK HOTEL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-493—)

HALLETT & SONS EXPERT MOVERS, INC., Claimant, *vs.* STATE OF ILLINOIS, CHICAGO STATE UNIVERSITY, Respondent.

*Opinion filed April 9, 1975.*

FRANCIS X. RILEY, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.